*MA*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LEXINGTON INSURANCE COMPANY,      )
     )
        Plaintiff,      )
     )     No. 11 CV 2352
       v.      )
     )     Hon. Charles R. Norgle
HORACE MANN INSURANCE COMPANY,      )
     )
       Defendant/ Third-Party Plaintiff,      )
     )
       v.      )
     )
AON RISK INSURANCE SERVICES INC.,      )
     )
       Third-Party Defendant.      )

### ORDER

Defendant/Third-Party Plaintiff Horace Mann Insurance Company's SEALED Motion for Partial Summary Judgment that the September 14, 2010 Letter is Not a "Claim" Under the Lexington E&O Policy [93] is granted. Plaintiff Lexington Insurance Company's SEALED Motion for Summary Judgment [103] is denied.

ENTER:

_Charles R. Norgle_

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 4, 2013