TGM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Lexington Insurance Company,

Plaintiff(s),

v.

Horace Mann Insurance Compan ,

Defendant(s).

Case No. 11 C 2352
Judge CHARLES R. NORGLE

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

    which ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

X     other: Judgment is entered in favor of Lexington on Counts I and II of Horace Mann's Counterclaim. Judgment is entered in favor of Aon as a Matter of Law.

---

This action was *(check one)*:

☐     tried by a jury with Judge     presiding, and the jury has rendered a verdict.
       tried by Judge     without a jury and the above decision was reached.
X     decided by Judge Charles R. Norgle on motions for a directed verdict.

Date: 5/13/2016

Thomas G. Bruton, Clerk of Court

Eric W. Fulbright, Deputy Clerk