**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation, | ) ) ) ) Case No. 11-cv-02352 |
| Plaintiff/Counter-Defendant, | ) ) Judge Charles R. Norgle, Sr. |
| v. | ) ) Magistrate Judge Sheila R. Finnegan |
| HORACE MANN INSURANCE COMPANY, an Illinois Corporation, | ) ) ) |
| Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| AON RISK INSURANCE SERVICES WEST, INC., a California Corporation, | ) ) ) |
| Third-Party Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Counter-Plaintiff/Third-Party Plaintiff Horace Mann Insurance Company hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 13th day of May, 2016 (ECF No. 521.)

[Signature On Next Page]

Dated: June 3, 2016                         Respectfully submitted,

                                              HORACE MANN INSURANCE COMPANY

                                     By:  /s/ *Andrew D. Shapiro*
                                          One of Its Attorneys
                                          James I. Rubin (Counsel of Record)
                                          Andrew D. Shapiro
                                          Debra K. Lefler
                                          BUTLER RUBIN SALTARELLI & BOYD LLP
                                          321 North Clark Street, Suite 400
                                          Chicago, Illinois  60654
                                          Phone:  (312) 444-9660
                                          Fax:  (312) 873-4373
                                          jrubin@butlerrubin.com
                                          ashapiro@butlerrubin.com
                                          dlefler@butlerrubin.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 3, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                      /s/ *Andrew D. Shapiro*

535960